HARVEY W. STEIN, (SBN 43725)
LAW OFFICES OF HARVEY W. STEIN
A PROFESSIONAL CORPORATION
1300 Clay Street, Suite 1050
Oakland, CA  94612
Telephone:  (510) 763-6233
Facsimile:   (510) 832-1717

Attorney for Defendant Friendly Cab Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH<br><br>            Plaintiff,<br><br>vs.<br><br>FRIENDLY CAB COMPANY, INC.; and VETERANS CAB CORPORATION | Case No: 3:16-CV-03694-WHO<br>***STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE***<br><br>Honorable William H. Orrick<br>Date: February 28, 2017 |

   Plaintiff ALBERT DYTCH and Defendants FRIENDLY CAB COMPANY, INC. and VETERANS CAB CORPORATION (hereinafter the "Parties"), by and through their undersigned counsel, hereby enter into the following Stipulation:

   WHEREAS, the Court scheduled the Case Management Conference for February 28, 2017 at 2:00 p.m.

   WHEREAS, Harvey W. Stein, counsel for Defendant FRIENDLY CAB COMPANY is undergoing neck and spine surgery on February 15, 2017 that is expected to impair his ability to participate in the Case Management Conference for at least 30 days;

   WHEREAS, the Parties consent to reschedule the Case Management Conference to a date after March 17, 2017 that is convenient for the Court.

///

1     THE PARTIES HEREBY AGREE AND STIPULATE to the following:

2     1. The Case Management Conference be continued to a date after March 17, 2017 at the
3 Court's convenience.

4     2. The Parties shall file a Joint Case Conference Statement at least seven (7) days prior to
5 the Case Management Conference.

7 Date: February 13, 2017        LAW OFFICES OF HARVEY W. STEIN

9                                             By _____
                                               HARVEY W. STEIN, Attorney for
10                                                  Defendant Friendly Cab Company

12 Date: February 13, 2017        MISSION LAW FIRM A.P.C.

14                                               By _____
                                               TANYA E. MOORE, Attorney for
15                                                  Plaintiff Albert Dytch

17 Date: February 13, 2017        LAW OFFICES OF ROBERT A. WARD &
                                               WILLIAM F. MCLAUGHLIN

19                                               By _____
                                               WILLIAM F. MCLAUGHLIN, Attorney for
20                                                  Defendant Veterans Cab Corporation

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

///

**ORDER**

The parties having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that the Case Management Conference be continued from February 28, 2017 to March 28, 2017 at 2:00 p.m.  The parties are to file their Joint Case Management Statement no less than seven days prior to the conference.

**IT IS SO ORDERED**.

Date: February 15, 2017   _____
                                          WILLIAM H. ORRICK
                                          United States District Judge